Number
13-00-336-CV

COURT
OF APPEALS

THIRTEENTH
DISTRICT OF TEXAS

CORPUS CHRISTI

______________________________________________________________

ANA DAVILA, Appellant,



v. 

  

ELLY CLARNER, Appellee.

______________________________________________________________

On
appeal from County Court at Law No. 2

of Nueces County, Texas.

______________________________________________________________

  

O
P I N I O N

  

Before
Chief Justice Seerden and Justices Hinojosa
and Chavez

Opinion
Per Curiam





Appellant, ANA DAVILA, perfected an appeal from a
judgment entered by County Court at Law No. 2 of Nueces County,
 Texas, in
cause number 00-60032-2. The clerk's record was
filed on July 17, 2000.
No reporter's record was filed. Appellant's
brief was due on September 15, 2000.
To date, no appellate brief has been received.

When the appellant has failed to file a brief in the time
prescribed, the Court may dismiss the appeal for want of prosecution, unless
the appellant reasonably explains the failure and the appellee
is not significantly injured by the appellant's failure to
timely file a brief. Tex.
R. App. P. 38.8(a)(1).

On September 22, 2000, notice was given to all
parties that this appeal was subject to dismissal pursuant to Tex. R. App. P.
38.8(a)(1). Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. To date, no response has been received.

The Court, having examined and fully considered the documents on
file, appellant's failure to file a proper appellate brief,
this Court's notice, and appellant's failure
to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM





Do not publish.

Tex.
R. App. P. 47.3.

Opinion delivered and filed

this the 9th
day of November, 2000